Electronically Filed - St Louis County - July 07, 2021 - 01:51 PM

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| DEBORAH SOLOMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No.: 21SL-CC02303 |
| v. ) | |
| ) | Division:  4 |
| ) | JURY TRIAL DEMANDED |
| ) | |
| SAFECO INSURANCE OF ILLINOIS, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S FIRST AMENDED PETITION FOR DAMAGES**

COMES NOW Deborah Solomon, by and through counsel, and for her cause of action against Defendant Safeco Insurance states as follows:

1. Defendant is an insurance company and a corporation with authority to sue and be sued and has an office or agent for the transactions of its usual and customary business in the County of St. Louis.

2. Plaintiff is an individual residing in St. Louis County, State of Missouri.

3. On or about February 8, 2018, Defendant had in force an automobile insurance policy in Plaintiff's name, being policy number 5YFBU4EE7DP114808 with underinsured motorist coverage limits of $500,000.00 per occurrence.

4. On or about February 8, 2018, in St. Louis County, Missouri, Plaintiff was injured by the negligence of an insured motorist in that Plaintiff had stopped her vehicle in accordance with traffic and was rear ended by a car driven by Tania Paradoski.

5. At the time of the accident Ms. Paradoski was insured by State Farm Insurance Company with policy limits of $50,000.00 per person.

6.      As a result of the collision and the negligence of Ms. Paradoski, Plaintiff sustained injuries to her head requiring medical treatment resulting in medical bills in excess of $29,000 and wage loss in excess of $18,000.00.

7.      On or about April 3, 2019, Plaintiff settled her claim against Tania Paradoski for her negligence in causing the automobile accident for her policy limits of $50,000.00.

8.      As a result of the collision and negligence of Tania Paradoski, an underinsured motorist, Plaintiff sustained damages for medical bills, wage loss, and pain and suffering as enumerated above over and above the amount of Tania Paradoski insurance policy.

WHEREFORE, Plaintiff Deborah Solomon hereby prays for judgment on Count I of her Petition against Defendant Safeco Insurance for the underinsured motorist coverage provided by her policy in an amount which is fair and reasonable in excess of Twenty-Five Thousand Dollars ($25,000.00), for her costs expended herein, for prejudgment interest, and for such further relief as the Court deems just and appropriate.

## COUNT II

For Count II of this Petition, Plaintiff states as follows:

1.      The allegations of Count I are incorporated herein by reference.

2.      Defendant has refused to pay Plaintiff the underinsured motorist coverage benefits without reasonable cause or excuse.

WHEREFORE, Plaintiff Deborah Solomon prays for an additional amount awarded to her as a penalty against Defendant Safeco Insurance consisting of 20% of the first $1,500 of any award under the policy, and 10% of the remainder of the award, plus Plaintiff's attorney's fees.

PASHOS LAW, LLC
814 First Capitol Drive
St. Charles, MO 63301

Electronically Filed - St Louis County - July 07, 2021 - 01:51 PM

(636) 757-5220 Phone / (636) 232-9704 Fax
tpashos@tpashoslaw.com
Attorney for Plaintiff

By___*/s/ Theodore G. Pashos*_____
THEODORE G. PASHOS #32594

Joseph G. McCulloch #47228
Attorney for Plaintiff
814 First Capitol Drive
St. Charles, MO 63301
Telephone:    (636) 896-4477
Facsimile:    (636-896-4478
joe@mccullochlawgroup.com

*/s/ Joseph G. McCulloch*_____