UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEBORAH SOLOMON, | ) |
|    Plaintiff, | ) ) ) |
| v. | ) Case No. 4:21-cv-00881-RLW ) |
| SAFECO INSURANCE OF ILLINOIS, | ) ) ) |
|    Defendant. | ) ) |

## CONSENT MEMORANDUM

**COMES NOW** Plaintiff and Defendant, and by agreement of the parties, hereby agree to extend the date for Rule 26 Disclosures from September 28, 2021 to Friday, October 8, 2021.

LAW OFFICES OF ROUSE AND CARY

BY:_____
ERIC B. GUSTAFSON, #52363MO
KEVIN E. MYERS, #51838MO
Attorneys for Defendant
10733 Sunset Office Drive, Suite 410
St. Louis, Missouri 63127
Direct Dial: (314) 288-2645
Telefax: (603) 334-7449
Eric.Gustafson@libertymutual.com
Kevin.Myers@libertymutual.com

## CERTIFICATE OF SERVICE

Signature above is also certification that a true and correct copy of the foregoing document has been mailed, first class, postage prepaid, this 30th day of September, 2021 to: Joseph G. McCulloch and Theodore G. Pashos, 814 First Capitol Drive, St. Charles, MO, 63301, joe@mccullochlawgroup.com and tpashos@tpashoslaw.com.