# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH SOLOMON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:21-CV-881 RLW |
| SAFECO INSURANCE COMPANY OF ILLINOIS, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

In accordance with the parties' Stipulation for Dismissal (ECF No. 37),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Each party shall bear her/its own costs.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 17th day of June, 2022.